AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

UNITED STATES OF AMERICA
V.
**Humberto Adame-Ortiz**

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case Number: **2:26CR03518-001MIS**
USM Number: **95720-180**
Defendant's Attorney: **Octavio Dominguez, Appointed**

**THE DEFENDANT:**

☒ admitted guilt to violations of condition(s) **Mandatory, Standard** of the term of supervision.
☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| ***Violation Number*** | ***Nature of Violation*** | ***Violation Ended*** |
|---|---|---|
| Mandatory Condition | The defendant committed another federal, state, or local crime during his term of supervision. | 04/21/2026 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.

**10/15/2026**
Date of Imposition of Judgment

**1983**
Defendant's Year of Birth

**/s/ Margaret I. Strickland**
Signature of Judge

**Rio Grande, ZA**
City and State of Defendant's Residence

**Honorable Margaret I. Strickland**
**United States District Judge**
Name and Title of Judge

**10/15/2026**
Date

DEFENDANT: **Humberto Adame-Ortiz**
CASE NUMBER: **2:26CR03518-001MIS**

## ADDITIONAL VIOLATIONS

| ***Violation Number*** | ***Nature of Violation*** | ***Violation Ended*** |
|---|---|---|
| Standard Condition | The defendant illegally re-entered the United States during his term of supervised release and failed to report to the nearest U.S. Probation Office. | 04/21/2026 |

DEFENDANT: **Humberto Adame-Ortiz**
CASE NUMBER: **2:26CR03518-001MIS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **178 days or time served, whichever is less**.

***Said sentence to run concurrent to the sentence imposed in the District of New Mexico case 2:26-CR-3499 MIS**

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
- ☐ at on .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- ☐ before 2 p.m. on .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________________ to

____________________ at ____________________ with a certified copy of this judgment.

____________________________
UNITED STATES MARSHAL

By ____________________________
DEPUTY UNITED STATES MARSHAL